|   |   |
|---|---|
| ERIC GRANT<br>United States Attorney<br>ANTONIO PATACA<br>Assistant United States Attorney<br>2500 Tulare Street, Suite 4401<br>Fresno, CA 93721<br>Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 | **FILED**<br>Nov 14, 2025<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA |

Attorneys for Plaintiff
United States of America

# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>v.<br><br>Audel Birrueta Baltazar | CASE NO. 1:25-mj-00134-SAB<br><br>SEALING ORDER<br><br>**UNDER SEAL** |

### ORDER

Upon Application of the United States of American and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: Nov 14, 2025

_____
The Hon. Stanley A. Boone
U.S. MAGISTRATE JUDGE

SEALING ORDER                                   1