ERIC GRANT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AUDEL BIRRUETA BALTAZAR,<br><br>Defendant. | CASE NO.  1:25-CR-00217-JLT-SKO<br><br>STIPULATION RESCHEDULING STATUS CONFERENCE |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on June 17, 2026.

2.      By this stipulation, the parties now move to schedule the status conference on June 3, 2026, due to scheduling conflicts.  No time exclusion is necessary as time has already been excluded through June 17, 2026.

3.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

1

Dated:  March 25, 2026

ERIC GRANT
United States Attorney


/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney


Dated:  March 25, 2026

/s/ PETER M. JONES
PETER M. JONES
Counsel for Defendant
AUDEL BIRRUETA
BALTAZAR

**ORDER**

IT IS HEREBY ORDERED that the status conference currently scheduled for June 17, 2026, is vacated and that the status conference be rescheduled for June 3, 2026.

IT IS SO ORDERED.

Dated:    **March 26, 2026**

STANLEY A. BOONE
United States Magistrate Judge

3