# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA,<br>Plaintiff,<br>v.<br>AUDEL BIRRUETA BALTAZAR,<br>Defendant. | Case No. 1:25-cr-00217-JLT-SAB-1<br><br>ORDER GRANTING MOTION TO WITHDRAW AND REFERRING TO FEDERAL DEFENDER TO APPOINT NEW COUNSEL<br><br>(ECF No. 26) |

On September 1, 2026, attorney Peter Michael Jones, attorney for Defendant Audel Birrueta Baltazar, filed a motion requesting to withdraw as attorney of record for Defendant. (ECF No. 26.) On September 2, 2026, the Court held a hearing on the motion to withdraw. Peter Michael Jones appeared on behalf of Defendant and Brendan Daly appeared on behalf of the Government.

Withdrawal of counsel is governed by the Rules of Professional Conduct of the State Bar of California, and the Local Rules of Practice for the United States District Court, Eastern District of California. L.R. 182; L.S. ex rel. R.S. v. Panama Buena Vista Union Sch. Dist., No. 1:12-CV-00744 LJO, 2012 WL 3236743, at *1-2 (E.D. Cal. Aug. 6, 2012); Cal. R. Prof. Conduct 1.16. The Local Rules provide that an attorney who has appeared on behalf of a client may not withdraw, leaving the client *in propria persona*, without leave of court upon noticed motion, along with notice to the client and all other parties who have appeared. L.R. 182(d). It is within the Court's discretion whether to grant withdrawal. L.S. ex rel. R.S., 2012 WL 3236743, at *2.

Factors the Court may consider include: (1) the reasons for withdrawal, (2) prejudice that may be caused to other litigants, (3) harm caused to the administration of justice, and (4) delay to the resolution of the case caused by withdrawal.

During a closed session outside of the presence of the Government and the public, the Court discussed the reasons for the requested withdrawal with Defendant and counsel Peter M. Jones. Based on the matters discussed, the Court finds good cause to grant the motion to withdraw. Thus, the Court shall order the matter referred to the Office of the Federal Public Defender for the appointment of counsel.

Accordingly, finding good cause for the withdrawal of counsel, IT IS HEREBY ORDERED that:

1. The motion to withdraw Peter Michael Jones as attorney of record for Defendant Audel Birrueta Baltazar (ECF No. 26) is GRANTED;
2. This matter is referred to Office of the Federal Public Defender for the Eastern District of California for the purpose of having appointed counsel to represent Defendant in this matter;
3. Following the appointment of new counsel by Defendant, counsel Peter Michael Jones shall transfer any discovery materials provided by the Government to new counsel within three (3) days; and
4. The Clerk of the Court is DIRECTED to serve a copy of this order on the Office of the Federal Public Defender for the Eastern District of California.

IT IS SO ORDERED.

Dated: **September 2, 2026**

STANLEY A. BOONE
United States Magistrate Judge